671 A.2d 1129

**COMMONWEALTH of Pennsylvania**

v.

**Rudolph V. GARY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1996.

Decided Feb. 13, 1996.

Jeffrey S. Toaltoan, Downingtown, for R.V. Gary.

Mary MacNeil Killinger and Patricia E. Coonahan, Norristown, for the Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. Browne*, 526 Pa. 83, 584 A.2d 902 (1990).